UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CITY OF BATON ROUGE,
PARISH OF EAST BATON ROUGE
DEPARTMENT OF FINANCE, et al.

VERSUS

PNK (BATON ROUGE)
PARTNERSHIP, et al.

CIVIL ACTION

NO. 22-93-JWD-SDJ

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated September 11, 2023 (Doc. 25), to which an objection was filed and considered (Doc. 26),

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 10) is **GRANTED**, and that this case is **REMANDED** to the 19th Judicial District Court for all further proceedings.

Signed in Baton Rouge, Louisiana, on September 29, 2023.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA